# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Bertha Angulo Gaxiola,

    Defendant.

Case No. 25CR3100-DMS

JUDGMENT OF DISMISSAL

FILED OCT 27 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I have executed within Dismissal Judgement and Commitment on 10·24·2025
United States Marshal
By: Victoria Cervantes
Investigative Analyst
USMS Criminal Section

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

21:952 and 960; 18:2 - Importation of Cocaine; Aiding and Abetting (1)

Dated: 10/23/2025

Hon. Michael S. Berg
United States Magistrate Judge